**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00066-REB-MEH

JORDAN BENDINELLI,

    Plaintiff,
v.

RITE AID PHARMACY, and
THIRFTY PAYLESS INC., d/b/a Rite Aid of Colorado, d/b/a Rite aid,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation and Order Re Dismissal** [#21][1] filed September 13, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation and Order Re Dismissal** [#21] filed September 13, 2012, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for February 8, 2013, are **VACATED**;

3. That the jury trial set to commence March 4, 2013, is **VACATED**; and

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated September 14, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge